```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 14015
    JACQUELINE D POWERS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2168


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/30/2006 and was confirmed 12/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 07/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          1018.52           .00           .00
ACC CONSUMER FINANCE       SECURED VEHIC     10373.03       1135.00        2568.11
ACC CONSUMER FINANCE       UNSECURED        NOT FILED           .00           .00
ACC CONSUMER FINANCE       NOTICE ONLY      NOT FILED           .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED           .00           .00
AFNI                       UNSECURED        NOT FILED           .00           .00
ARCHER HEIGHTS CREDIT UN   UNSECURED          5385.90           .00           .00
ARCHER HEIGHTS CU          NOTICE ONLY      NOT FILED           .00           .00
AT&T BROADBRAND            UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          5070.98           .00           .00
BALLYS                     NOTICE ONLY      NOT FILED           .00           .00
BALLYS                     NOTICE ONLY      NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1819.11           .00           .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED          1335.01           .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED        NOT FILED           .00           .00
FINANCIAL CREDIT           UNSECURED        NOT FILED           .00           .00
MCI WORLDCOM               UNSECURED        NOT FILED           .00           .00
ECMC                       UNSECURED          2089.67           .00           .00
SPRINT PCS                 UNSECURED        NOT FILED           .00           .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00           .00
WOW INTERNET & CABLE SER   UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          1711.97           .00           .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT        4.00            .00          4.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      3,000.00                       240.71
TOM VAUGHN                 TRUSTEE                                         272.18
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14015 JACQUELINE D POWERS
```

```
TRUSTEE                                       4,220.00

PRIORITY                                                         4.00
SECURED                                                      2,568.11
    INTEREST                                                 1,135.00
UNSECURED                                                         .00
ADMINISTRATIVE                                                 240.71
TRUSTEE COMPENSATION                                           272.18
DEBTOR REFUND                                                     .00
                                          ---------------  ---------------
TOTALS                                        4,220.00         4,220.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 06 B 14015 JACQUELINE D POWERS